# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josh N. Perry, | No. CV-15-02024-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| IQ Data International Incorporated, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation to Dismiss Defendant I.Q. Data International, Inc., with Prejudice (Doc. 43),

**IT IS HEREBY ORDERED** dismissing this action as to Defendant I.Q. Data International, Inc., with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 29th day of March, 2016.

Honorable Diane J. Humetewa
United States District Judge